1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
SUSAN M. JUAREZ,                    )      1:09cv0878 DLB
10                                   )
                                     )
11                                   )      ORDER GRANTING STIPULATION FOR
                                     )      DISMISSAL WITH PREJUDICE
12            Plaintiff,             )
                                     )
13      vs.                          )      (Document 13)
                                     )
14   MICHAEL J. ASTRUE, Commissioner,)
                                     )
15                                   )
              Defendant.             )
16   _____)

17         On December 14, 2009, the parties filed a stipulation to dismiss this action pursuant to Rule

18   41(a)(1)(ii).  The parties' request is GRANTED and this action is DISMISSED.  Each party shall

19   bear his/her own costs and expenses.

20

21         IT IS SO ORDERED.

22      **Dated:**   **December 15, 2009**              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                             1